✓ FILED ____ LODGED
____ RECEIVED ____ COPY

DEC 17 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY________________ DEPUTY

SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Edward Kandl,

Defendant.

**INDICTMENT**

CR-13-01732-PHX-SRB (SPL)

VIO: 18 U.S.C. § 1594, 1591(a) and (b)(1)
(Attempt to Engage in Sex Trafficking by Force, Fraud or Coercion)
Count 1

18 U.S.C. §§ 1594 and 1590
(Attempt to Engage in Trafficking with Respect to Peonage, Slavery, Involuntary Servitude, or Forced Labor)
Count 2

THE GRAND JURY CHARGES:

**COUNT 1**

Beginning on or about August 22, 2013, and continuing until on or about December 13, 2013, within the District of Arizona and elsewhere, the defendant, EDWARD KANDL, did knowingly, in and affecting interstate commerce, attempt to recruit, entice, harbor, transport, provide, obtain and maintain by any means a person, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion would be used to cause the person to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1591(a), 1591(b)(1) and 1594(a).

**COUNT 2**

Beginning on or about August 22, 2013, and continuing until on or about

December 13, 2013, within the District of Arizona and elsewhere, the defendant, EDWARD KANDL, did knowingly attempt to recruit, harbor, transport, provide, and obtain by any means, a person for labor and services, in violation of Chapter 77 of the United States Code, to wit, Title 18, United States Code, Section 1589.

In violation of Title 18, United States Code, Section 1590 and 1594(a).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: December 17, 2013

JOHN S. LEONARDO
United States Attorney
District of Arizona

s/
KRISSA M. LANHAM
CHRISTINE D. KELLER
Assistant U.S. Attorneys